WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff Sonia Santiago As Guardian Ad Litem For Kristal Fernandez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONIA SANTIAGO As Guardian Ad Litem For KRISTAL FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF SALINAS; SCOTT KENNETH CALLAN and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: CV 11-02064 JF<br><br>STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that plaintiff may file a First Amended Complaint. The purpose of this stipulation is to allow plaintiff to obtain a summons in this federal case, thus allowing plaintiff to serve defendant Scott Kenneth Callan.

1

| | |
|---|---|
| Dated: 07/28/2011 | LAW OFFICES OF VINCENT P. HURLEY |

By:_____/s/_____
    Amanda Cohen, Attorneys for Defendant
    City of Salinas

Dated: 07/28/2011                POLARIS LAW GROUP LLP

By:_____/s/_____
    William L. Marder
    Attorneys for Plaintiff Sonia Santiago As
    Guardian Ad Litem For Kristal Fernandez

**ORDER**

IT IS SO ORDERED.

Dated: 8/4/11

_____/s/_____
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT
C:\Users\Bill Marder\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\BET0KE8C\Stipulation And Order Re Filing First Amended Complaint.doc