IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SONIA SANTIAGO, as Guardian Ad Litem for KRISTAL FERNANDEZ,

    Plaintiff,

  v.

CITY OF SALINAS, SCOTT KENNETH CALLAN, and DOES 1 through 10, inclusive,

    Defendants.

No. C 11-02064 WHA

**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

    Good cause not shown, the Court **DENIES** the parties' stipulation to continue the case management conference for two months.

    **IT IS SO ORDERED.**

Dated: October 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE