UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA SANTIAGO, as Guardian Ad Litem for K.F., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SALINAS and SCOTT CALLAN, <br><br> Defendants. | Case No.: 11-cv-02064-YGR <br><br> **ORDER MODIFYING CAPTION AND SEALING DOCUMENTS** |

Pursuant to Federal Rule of Civil Procedure 5.2(a), the parties may include only a minor's initials in any filing with the Court. Accordingly, all future filings in this case shall conform to the new caption as modified above.

To protect the interests of the minor K.F., the parties are ORDERED to immediately jointly review the items filed in this action and submit to the Court (via ECF) a list of all documents not in compliance with Rule 5.2(a). For each item, the parties shall provide the specific docket number for each document (*e.g.*, Dkt. No. 1, 1-2, etc.). The Clerk shall seal all documents so identified by the parties.

The parties shall re-file properly redacted versions of their previously filed documents by March 23, 2012. When re-filing these documents, the parties shall have the redacted filings refer back to the previously filed document. The parties may contact the ECF Help Desk with any questions.

A compliance hearing regarding the filing of the properly redacted documents shall be held on Friday, March 30, 2012 on the Court's 9:01a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) a certification that the documents in the public record have been properly redacted consistent with Rule 5.2(a); or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED.**

Dated: March 9, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**